# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————————

## No. 201800145

———————————————

## UNITED STATES OF AMERICA
*Appellee*

v.

## Kerry A. GERVAIS
Hospital Corpsman Third Class (E-4), U.S. Navy
*Appellant*

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Commander Aaron C. Rugh, JAGC, USN (arraignment)
Commander Jonathan T. Stephens, JAGC, USN (trial)

For Appellant: Commander C. Eric Roper, JAGC, USN
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 9 October 2018

———————————————

Before HUTCHISON, RUSSELL, and LAWRENCE,
*Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court